UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UZODINMA UGOALA, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REGENT, L.P., INTERNATIONAL DATA GROUP, INC., and FOUNDRY, <br><br> Defendants. | Case No.: 1:25-cv-02153-AT |

## JOINT STIPULATION TO EXTEND ANSWER/RESPONSE DEADLINE

Plaintiff Uzodinma Ugoala ("Plaintiff") and Defendants Regent, L.P. ("Regent"), International Data Group, Inc. ("IDG"), and Foundry (collectively "Defendants" and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS,** Plaintiff filed his class action complaint on April 18, 2025, and named IDG as a defendant. (Dkt. 1.) Plaintiff alleges that IDG was a prior owner of the various websites at issue in the complaint. (*Id.* ¶ 26.);

**WHEREAS,** Plaintiff filed a notice of service of the complaint on Foundry and IDG on May 14, 2025, which automatically set Foundry and IDG's deadline to answer or otherwise respond to the complaint for May 30, 2025. (Dkt. 14);

1

**WHEREAS,** Plaintiff filed a notice of service of the complaint on Regent on May 16, 2025, which automatically set Regent's deadline to answer or otherwise respond to the complaint for June 5, 2025. (Dkt. 20);

**WHEREAS,** on May 30, 2025, Plaintiff filed a motion to extend IDG's deadline to answer or otherwise respond to the complaint to June 20, 2025 (Dkt. 21), which the Court granted on June 2, 2025 (Text Order, Dkt. [June 2, 2025]);

**WHEREAS,** counsel for Plaintiff, counsel for IDG, and counsel for Regent and Foundry have been in discussions about the appropriate next steps with respect to IDG's involvement in this action, including any implications of dismissing IDG from this action on discovery and on Defendants' liability to Plaintiff;

**WHEREAS,** Plaintiff is filing a notice of voluntary dismissal of Defendant IDG without prejudice concurrently with this filing;

**WHEREAS,** to account for the time that was necessary for the Parties to resolve administrative matters related to dismissing IDG from this action, the Parties continue to agree that the deadline for Defendant Regent and Defendant Foundry to answer or otherwise respond to the complaint should be September 15, 2025;

**NOW THEREFORE, IT IS HEREBY STIPULATED:**

1.    The deadline for Defendants Regent and Foundry to respond to the complaint shall be set for September 15, 2025.

DATED:  July 31, 2025

**Respectfully submitted,**

*/s/ R. Scott Masterson*
R. Scott Masterson
**LEWIS BRISBOIS BISGAARD &
SMITH LLP**
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585 – Phone
*Counsel for Defendants Regent, L.P. and
Foundry*

*/s/ H. Clay Barnett, III*
H. Clay Barnett, III (GA Bar No. 174058)
Overlook II
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
2839 Paces Ferry Road SE, Suite 400
Atlanta, Georgia 30339
Clay.Barnett@Beasleyallen.com

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
J. Mitch Williams (*pro hac vice*)
Trenton H. Mann (*pro hac vice*)
272 Commerce Street
Montgomery, Alabama 36104
T: 334-269-2343
Mitch.Williams@Beasleyallen.com
Trent.Mann@Beasleyallen.com

**LEVI & KORSINSKY, LLP**
Mark S. Reich (*pro hac vice*)
Gary S. Ishimoto (*pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com

*Counsel for Plaintiff*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned hereby certifies that this pleading complies with the font requirements of Local Rule 5.1C because this document has been prepared in Times New Roman, 14-point type.

/s/ *H. Clay Barnett, III*
H. Clay Barnett, III
GA Bar No. 174058
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter.

This 31st day of July, 2025.

Respectfully submitted,

/s/ *H. Clay Barnett, III*
H. Clay Barnett, III
GA Bar No. 174058

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
2839 Paces Ferry Road SE, Suite 400
Atlanta, Georgia 30339
Clay.Barnett@Beasleyallen.com

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Amy Totenberg
United States District Judge